ORIGINAL 

FILED

MATTHEW S. KOHM 6103
ATTORNEY AT LAW
1335 Hiahia Street
Wailuku, Maui, HI 96793
Telephone Number: (808) 249-8968
Toll Free Number:  (888) 641-7083
Email: mkohm@hawaii.rr.com
Attorney for Plaintiffs
MARIA B. ESTRADA

2019 APR -9 PH 3: 03

C. von KUSLER, CLERK
SECOND CIRCUIT COURT
STATE OF HAWAII

**Electronically Filed
SECOND CIRCUIT
2CC191000126
09-APR-2019
03:03 PM
Dkt. 1 CMPS**

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

MARIA B. ESTRADA,

                    Plaintiffs,

            vs.

THE MAUIAN HOTEL, LLC; TAGA
CORPORATION dba THE MAUIAN
HOTEL; 19 KAMAKA, LLC, JOHN DOES
1-5; JANE DOES 1-5; DOE
CORPORATIONS 1-5; DOE
PARTNERSHIPS 1-5; DOE ENTITIES 1-5
and DOE GOVERNMENTAL UNITS 1-5;

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. ___19-1-0126 (2)___
*(Other Non-Vehicle Tort)*

COMPLAINT and SUMMONS

<u>COMPLAINT</u>

COMES NOW, Plaintiff MARIA B. ESTRADA by and through her attorney

MATTHEW S. KOHM ESQ., for a Complaint against Defendant(s) above-named, under HRCP

Rules 7, 8 & 10, and hereby claims against said Defendant(s) jointly and severally as follows:

1.      At all times relevant herein Plaintiff MARIA B. ESTRADA (hereinafter

"Plaintiff" or "ESTRADA", or "MARIA ESTRADA") is and was a citizen and resident of the

State of Maryland visiting Hawaii.

2.      At all times relevant herein Defendant THE MAUIAN HOTEL, LLC (hereinafter

"Defendant Mauian Hotel" or "MAUIAN") is a Utah company that manages, operates and

maintains The Mauian Hotel in Napili, Maui, Hawaii (Lahaina).

3.      At all times relevant herein Defendant TAGA CORPORATION (hereinafter

PAID

$ 260.65(2)

EXHIBIT A

"Defendant TAGA" or "TAGA") is a Utah company that manages businesses and real property that includes The Mauian Hotel in Napili, Maui, Hawaii (Lahaina).

4.     At all times relevant herein Defendant 19 KAMAKA, LLC (hereinafter "Defendant KAMAKA" or "KAMAKA") is a Utah limited liability company that owns real estate which includes The Mauian Hotel in Napili, Maui, Hawaii (Lahaina).

5.     The actions of each Defendant constitutes a common enterprise and/or joint venture to engage in hotel management, maintenance and operations of The Mauian Hotel facility and property located at 5441 Lower Honoapiilani Rd Lahaina HI 96761, and defendants are alter egos of each other.

6.     Unidentified Defendants JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE PARTNERSHIPS 1-5; DOE ENTITIES 1-5 and DOE GOVERNMENTAL UNITS 1-5, named herein are sued under their fictitious names for the reason that their true names and identities are presently unknown to Plaintiffs. Plaintiffs prays for leave when the true names and capacities of said Defendants are ascertained, and that the same shall be identified with appropriate allegations, amendments of pleadings and service thereon made. Each of the fictitious Defendants named herein is believed to be connected in some manner with the named Defendant and/or the events described herein, as agents, servants, employers, employees, representatives, co-venturers, associates, co-responsible, inspectors or licensors, of the above-named Defendant(s). Each of the fictitious Defendants designated herein individually or in association with the named Defendant is negligently responsible and/or strictly liable in some manner for the events herein referred to which conduct proximately caused the injuries and damages sustained by Plaintiff(s) herein alleged. Upon identification and proper motion, Plaintiff(s) pray for leave to identify and name Doe Defendants as parties to this action.

7.     All matters alleged herein occurred in Lahaina, County of Maui, State of Hawaii, and are within the jurisdiction of the Second Circuit Court of the State of Hawaii.

8.     On or about April 12, 2017, Plaintiff ESTRADA was walking at the hotel in a pathway from the beach, in a corridor of egress/ingress, regularly traversed by pedestrians at the hotel, when she slipped and fell from an elevation change due to failure to maintain the area, grounds and/or transition, causing her to tumble down upon the walkway, striking and injuring her body in multiple places.

9.     As a result of the fall, Plaintiff ESTRADA sustained injury that includes but is not

limited to a dislocated shoulder, required surgery, injury to her back, shoulder, hand, neck and other bodily injury, requiring medical care, convalescence and prolonged treatment.

10.     That on or about June 14, 2015, Plaintiff was a guest of Defendant MAUIAN when she sustained serious injuries after falling due to defective, deceptive, hidden and/or poorly maintained walkway and grounds.

11.     Defendants operating a resort hotel have a heightened duty of care to their guests under the law of innkeepers.

12.     The injuries sustained by Plaintiff ESTRADA were due to the negligence of the Defendants, whose negligence includes, but is not limited to the failure to properly correct, maintain, repair, and/or warn guests of the dangerous condition, failure to take necessary precautions to prevent untimely access to the dangerous area and/or falling from the defective condition, and failure to aid and/or protect hotel guests on Defendants' property.

13.     Defendants had a duty of reasonable care to inspect, recommend, monitor, maintain, service, timely repair, and warn about the dangerous and hazzard conditions on it's premises, and a duty to aid and protect those invited, solicited and engaged to the premises as hotel guests.

14.     Defendants had a duty to make their premises safe for those who are reasonably anticipated to be on the premises.

15.     The defective, improper, broken, hidden and/or poorly maintained beach access and/or walkway grounds created an unsafe condition for hotel guests, and defendants knew or should have known could cause injury to visitors on the premises.

17.     Defendant THE MAUIAN HOTEL, LLC, Defendant TAGA, and Defendant KAMAKA are/were operating as a joint enterprise in the management, administration and control of providing hotel resort facility, grounds, and rooms to the public, and as such, all are vicariously liable for the conduct, actions and/or omissions of the other under the principals of joint enterprise and/or master-servant and/or principal-agent.

18.     Plaintiff ESTRADA's injuries and losses were caused by the affirmative acts and/or omissions to act of Defendants, stemming from Defendants negligence, strict liability, breach of warranty, gross negligence, reckless and/or willful and wanton conduct of Defendants, their agents, servants and employees, including but not limited to their negligence, strict liability,

breach of warranty, gross negligence, reckless and/or willful and wanton conduct in warning, controlling, inspecting, repairing, maintaining, managing and/or failure to control, warn, aid, protect, and/or barricade or limit access to those areas rendered dangerous and hazardous.

19.     As a direct and proximate result of the negligence of Defendants jointly and severely, Plaintiff ESTRADA has suffered severe and permanent physical injury, mental and emotional distress, mental anguish, limitations of activities, loss of enjoyment of life, permanent partial physical impairment, medical care in treatment expenses, loss of income, diminished earnings, future medical expenses, and such other and further damages as shall be proved at trial.

COUNT II --Public Nuisance

20.     Plaintiff reasserts and alleges paragraphs one through 19 herein.

21.     The Defendants maintains a hotel grounds and facility, exposed to the elements, and intended to be at grade with the ocean front, lawn and hotel grounds.

22.     The subject walkway along the beach contains tile that is not intended for exterior use, and the surrounding sand is subject to beach erosion creating pedestrian access issues.

23.     The walkway provides ingress and egress for beach access to Napili Bay.

24.     Defendants failed to provide any surfacing, railings, barricades, signs, matting or warnings to guard against the beach erosion.

25.     That Defendants, by acting or failing to act in the maintenance, control and administration of its hotel property, created a condition that was harmful to health and/or was indecent or offensive to the senses.

26.     Because the hotel is open to the public and Defendant invites guests to lodge at the property, the defective condition affected a substantial number of people at the same time.

27.     An ordinary person would be reasonably annoyed or disturbed by the nonconforming and defective conditions.

28.     The seriousness of the harm outweighs the social utility of Defendants' joint and/or several conduct.

29.     The Plaintiff did not consent to Defendants conduct of acts and/or omissions.

30.     That Plaintiff suffered harm that was different from the type of harm suffered by the general public.

31.     The Defendants' conduct jointly and/or severally was a substantial factor in

causing Plaintiff's harm.

WHEREFORE, upon a hearing hereon, and pursuant to HRCP Rule 54, Plaintiff Plaintiffs MARIA B. ESTRADA prays for judgment in her favor and against Defendant(s) above named for damages as shall be proven:

a.   General Damages;

b.   Special Damages;

c.   Attorney's fees and costs;

d.   For pre and post-judgment interest; and

e.   For such other relief as Plaintiff may be entitled.

DATED: Wailuku, Maui, Hawaii, April 9, 2019.

MATTHEW S. KOHM
ATTORNEY FOR PLAINTIFF
MARIA B. ESTRADA

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__SECOND__ CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | |

CASE NUMBER

**2CC191000126  ;  Civil #19-1-0126(2)**

CASE NAME

**MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL, LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19 KAMAKA, LLC**

DOCUMENTS SERVED: <u>Complaint</u>
_____
_____
_____
_____
_____

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on <u>THE MAUIAN HOTEL, LLC</u>
(name of party)

on_____ at _____ at _____
(date)                    (time)

_____ within the State of Hawai'i as follows:
(address)

☐ PERSONAL: By delivering to and leaving with _____ , personally.

☐ SUBSTITUTE: [HRCP 4(d) (1) (A)] After due and diligent search and inquiry. I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE: [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On _____
(name of business/corp/entity)
_____by serving through _____ ,
(name of person served)
_____, who is the _____and authorized agent
(postition/title)
of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT: I served _____ through_____
(name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
(name of person served)

☐ NOT FOUND: After due and diligent search and inquiry, I am unable to find _____ .
(name of party)

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__SECOND__ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

**2CC191000126   ;   Civil #19-1-0126(2)**

CASE NAME

**MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL, LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19 KAMAKA, LLC**

Attorney (Name, I.D. No., Address, Phone)
Matthew S. Kohm, 6103
1335 Hiahia St., Wailuku, HI 96793
(808) 249-8968

| Date: | Sheriff/Police Officer (type or print) | Signature |
|---|---|---|
| | | |

| SUBSCRIBED AND SWORN<br>TO BEFORE ME THIS DATE:<br><br>IN _____ , HAWAI'I | NOTARY PUBLIC'S SIGNATURE:<br><br>STATE OF HAWAI'I | MY COMMISSION EXPIRES: |
|---|---|---|

**ACKNOWLEDGMENT OF SERVICE**

_____
(signature of person served)        (date)        (time)

_____

_____

MATTHEW S. KOHM 6103
ATTORNEY AT LAW
1335 Hiahia Street
Wailuku, Maui, HI 96793
Telephone Number: (808) 249-8968
Toll Free Number: (888) 641-7083
Email: mkohm@hawaii.rr.com
Attorney for Plaintiff
MARIA B. ESTRADA

**Electronically Filed
SECOND CIRCUIT
2CC191000126
28-JAN-2021
02:53 PM
Dkt. 6 NHM**

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MARIA B. ESTRADA, ) | CIVIL NO. 19-1-0126 (2) |
| ) | *(Other Non-Vehicle Tort)* |
| Plaintiffs, ) | |
| ) | PLAINTIFF'S NON-HEARING MOTION |
| vs. ) | TO SET ASIDE HRCC RULE 28 |
| ) | DISMISSAL AND TO RESET DEADLINE |
| ) | FOR SERVICE OF COMPLAINT AND |
| THE MAUIAN HOTEL, LLC; TAGA ) | FILING OF PRETRIAL STATEMENT; |
| CORPORATION dba THE MAUIAN ) | DECLARATION OF COUNSEL; |
| HOTEL; 19 KAMAKA, LLC, JOHN DOES ) | PROPOSED ORDER GRANTING |
| 1-5; JANE DOES 1-5; DOE ) | PLAINTIFF'S NON-HEARING MOTION |
| CORPORATIONS 1-5; DOE ) | TO SET ASIDE HRCC RULE 28 |
| PARTNERSHIPS 1-5; DOE ENTITIES 1-5 ) | DISMISSAL AND TO RESET DEADLINE |
| and DOE GOVERNMENTAL UNITS 1-5; ) | FOR SERVICE OF COMPLAINT AND |
| ) | FILING OF PRETRIAL STATEMENT; |
| Defendants. ) | NOTICE OF HEARING |
| ) | |
| ) | |

PLAINTIFF'S NON-HEARING MOTION TO SET ASIDE
HRCC RULE 28 DISMISSAL AND TO RESET DEADLINE FOR
SERVICE OF COMPLAINT AND FILING OF PRETRIAL STATEMENT

COMES NOW, Plaintiff MARIA B. ESTRADA by and through her attorney
MATTHEW S. KOHM ESQ., and moves this Court to set aside the Hawaii Rules of Circuit
Court Rule 28 dismissal and permit the resetting of the deadline for service and filing of the
pretrial statement. The Estrada case was originally filed on the eve of the statute of limitations to
preserve the claim.  Plaintiff attorney has discussed the case with DTRIC Insurance with
agreement for further discussion before service. Attorney had to obtain medical records and
information following the filing of the case and put together case file.

Due to personal health matters of the attorney as provided in a declaration under seal, the covid-19 pandemic, and the oversight of attorney, a motion was not filed earlier. Because there is preference to decide matters on the merits (Ryan v. Palmer, 130 Haw. 321, 310 P.3d 1022 (ICA, 2013)), it is respectfully requested that this Court permit the dismissal be set aside and that the deadline for service and filing of the pretrial statement be extended.

This non-hearing motion is made pursuant to HRCC Rules 7 and 28; Declaration of Counsel; Declaration under Seal, and the memorandum and papers of this case.

DATED: Wailuku, Maui, Hawaii, January 28, 2021.

_____
MATTHEW S. KOHM
Attorney for Plaintiff
MARIA ESTRADA

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| MARIA B. ESTRADA, | ) | CIVIL NO. 19-1-0126 (2) |
| | ) | *(Other Non-Vehicle Tort)* |
| Plaintiffs, | ) | |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| | ) | |
| THE MAUIAN HOTEL, LLC; TAGA | ) | |
| CORPORATION dba THE MAUIAN | ) | |
| HOTEL; 19 KAMAKA, LLC, et. al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DECLARATION OF COUNSEL

Attorney Matthew S. Kohm hereby declares under penalty of perjury the following:

1.      The delay in service of this complaint is due to the fault and inadvertence of myself and the following facts are provided as an explanation and context.

2.      Maria Estrada, a Maryland resident, was injured on the property of the subject hotel in an outside area of the hotel, related to beach side erosion on April 12, 2017. She was injured when she fell in/on a pathway with erosion and elevation changes, causing a dislocated shoulder requiring surgery, and causing injuries to her back, neck, hand and other bodily injury.

3.      My office was contacted on March 21, 2019 when the SOL was upcoming (20 days later) on April 12, 2019. After verifying information and matters, a complaint was filed to preserve the claim on April 9, 2019. Attorney also put hotel defendant on notice and was contacted by DTRIC Insurance. The parties discussed exploring the claim further to determine if it could be settled.

4.      In or about October 2019 attorney had some personal medical issues which required a temporary relocation to the west coast in February/March 2020. (Further information provided under seal).

5.      In or about June 2020 my office (wife) mailed several legal files to my mainland address in two priority mail boxes, one of them ripped open causing the loss of some files and

-3-

materials. The box was taped up and despite multiple inquires to the post office, further information as to what happened, could not be obtained, nor could I recover the materials.  This included the Estrada case file (while I have most materials scanned in digital format, I was not initially aware that the file was missing. I requested it to remind me to file something with the Court).

6.      In the context of dismissals for failure to file a pretrial statement, our ICA has held that a dismissal generally should not be with prejudice unless there is a deliberate attempt to delay the proceeding, or actions rising to contumacious conduct, or such that causes actual prejudice to Defendant(s) such that they/it would suffer prejudice. Ryan v. Palmer, 130 Haw. 321, 310 P.3d 1022 (ICA, 2013).

7.      Our courts have also held:

Because the interests of justice are best served by resolving a case on its merits, absent a clear record of delay or contumacious conduct, "careful exercise of judicial discretion requires that a [trial] court consider less severe sanctions *and explain*, *where not obvious, their inadequacy for promoting the interests of justice*." In the matter of Richard Blaisdell, 125 Haw. 44, 49,  252 P.3d 63, at 68 (2011).

8.      Attorney submits that the same reasoning would apply for failure to serve the complaint and because of matters happening (Covid-19), there has been no purposeful delay or contumacious conduct. Also, Defendant has not suffered actual prejudice or the loss of any ability to ultimately defend the case. As such, it is requested that the dismissal be set aside so that Plaintiff may proceed with the case.

9.      The Plaintiff would like to proceed with her tort claim. It is solely attorney's fault for not timely filing a request for extension of the filing deadlines. The court in its equittable nature may set aside the dismissal and permit the requested relief. It is submitted that there has been no contumacious conduct or actual prejudice to defendant.

10.     It is requested that the deadline for service of the complaint be extended to July 9, 2021, and the filing of the pretrial statement be extended to September 9, 2021.

The foregoing declaration is true and correct under penalty of perjury.

DATED: Wailuku, Maui, Hawaii, January 28, 2021.


_____
MATTHEW S. KOHM
Attorney for Plaintiff
MARIA ESTRADA

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| MARIA B. ESTRADA, | ) | CIVIL NO. <u>19-1-0126 (2)</u> |
| | ) | *(Other Non-Vehicle Tort)* |
| Plaintiffs, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| vs. | ) | PLAINTIFF'S NON-HEARING MOTION |
| | ) | TO SET ASIDE HRCC RULE 28 |
| THE MAUIAN HOTEL, LLC; TAGA | ) | DISMISSAL AND TO RESET DEADLINE |
| CORPORATION dba THE MAUIAN | ) | FOR SERVICE OF COMPLAINT AND |
| HOTEL; 19 KAMAKA, LLC, JOHN DOES | ) | FILING OF PRETRIAL STATEMENT |
| 1-5; JANE DOES 1-5; DOE | ) | |
| CORPORATIONS 1-5; DOE | ) | |
| PARTNERSHIPS 1-5; DOE ENTITIES 1-5 | ) | |
| and DOE GOVERNMENTAL UNITS 1-5; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |


*PROPOSED ORDER* GRANTING PLAINTIFF'S NON-HEARING MOTION TO SET ASIDE
HRCC RULE 28 DISMISSAL AND TO RESET DEADLINE FOR SERVICE OF COMPLAINT
AND FILING OF PRETRIAL STATEMENT

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| MARIA B. ESTRADA, | ) | CIVIL NO. <u>19-1-0126 (2)</u> |
| | ) | *(Other Non-Vehicle Tort)* |
| Plaintiffs, | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S NON- |
| vs. | ) | HEARING MOTION TO SET ASIDE HRCC |
| | ) | RULE 28 DISMISSAL AND TO RESET |
| THE MAUIAN HOTEL, LLC; TAGA | ) | DEADLINE FOR SERVICE OF |
| CORPORATION dba THE MAUIAN | ) | COMPLAINT AND FILING OF PRETRIAL |
| HOTEL; 19 KAMAKA, LLC, JOHN DOES | ) | STATEMENT |
| 1-5; JANE DOES 1-5; DOE | ) | |
| CORPORATIONS 1-5; DOE | ) | |
| PARTNERSHIPS 1-5; DOE ENTITIES 1-5 | ) | |
| and DOE GOVERNMENTAL UNITS 1-5; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING PLAINTIFF'S NON-HEARING MOTION TO
SET ASIDE HRCC RULE 28 DISMISSAL AND TO RESET DEADLINE
<u>FOR SERVICE OF COMPLAINT AND FILING OF PRETRIAL STATEMENT</u>

Upon consideration of Plaintiff's Non-Hearing Motion to Set Aside the HRCC Rule 28 dismissal and reset deadlines for (1) completion of service and (2) filing of the pretrial statement, and the declaration of attorney attached and the attorney personal information submitted under seal, the Court grants the motion and sets aside the dismissal and resets the deadlines for service to **July 9, 2021** and the Pretrial Statement to **September 9, 2021**.

DATED: Wailuku, Maui, Hawaii, _____, 2021.


_____
JUDGE OF THE ABOVE ENTITLED COURT

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MARIA B. ESTRADA, | CIVIL NO. <u>19-1-0126 (2)</u> |
| | *(Other Non-Vehicle Tort)* |
| Plaintiffs, | |
| | NOTICE OF NON-HEARING MOTION |
| vs. | |
| | |
| THE MAUIAN HOTEL, LLC; TAGA | |
| CORPORATION dba THE MAUIAN | |
| HOTEL; 19 KAMAKA, LLC, et. al. | |
| | |
| Defendants. | |

<u>NOTICE OF NON-HEARING MOTION</u>

**NOTICE IS HEREBY GIVEN** that the undersigned has filed with the above-entitled court the motion attached hereto. **Any response to said motion must be filed and served no later than 10 days after the service date indicated** on the attached Certificate of Service. Pursuant to Rule 6(e) of the Hawaii Rules of Civil Procedure, if the motion is served by mail, any response to said motion must be filed and served no later than 12 days after the service date indicated on the attached Certificate of Service.

DATED: Wailuku, Maui, HI January 28, 2021.

_____
MATTHEW S. KOHM

MATTHEW KOHM A6103

Electronically Filed
SECOND CIRCUIT
2CC191000126
16-FEB-2021
10:16 AM
Dkt. 12 ORDG

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| MARIA B. ESTRADA, | ) | CIVIL NO. 19-1-0126 (2) |
| | ) | *(Other Non-Vehicle Tort)* |
| Plaintiffs, | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S NON-HEARING MOTION TO SET ASIDE HRCC RULE 28 DISMISSAL AND TO RESET DEADLINE FOR SERVICE OF COMPLAINT AND FILING OF PRETRIAL STATEMENT |
| vs. | ) | |
| | ) | |
| THE MAUIAN HOTEL, LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19 KAMAKA, LLC, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE PARTNERSHIPS 1-5; DOE ENTITIES 1-5 and DOE GOVERNMENTAL UNITS 1-5; | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING PLAINTIFF'S NON-HEARING MOTION TO
SET ASIDE HRCC RULE 28 DISMISSAL AND TO RESET DEADLINE
FOR SERVICE OF COMPLAINT AND FILING OF PRETRIAL STATEMENT

Upon consideration of Plaintiff's Non-Hearing Motion to Set Aside the HRCC

Rule 28 dismissal and reset deadlines for (1) completion of service and (2) filing of the pretrial

statement, and the declaration of attorney attached and the attorney personal information

submitted under seal, the Court grants the motion and sets aside the dismissal and resets the

deadlines for service to **July 9, 2021** and the Pretrial Statement to **September 9, 2021**.

DATED: Wailuku, Maui, Hawaii, ___Feb. 16___, 2021.

_____
JUDGE OF THE ABOVE ENTITLED COURT

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__SECOND__   CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | **Electronically Filed**<br>**SECOND CIRCUIT**<br>**2CC191000126**<br>**09-JUL-2021**<br>**03:07 PM**<br>**Dkt. 14 ROS** |
|---|---|---|

CASE NUMBER

2CC191000126   ; Civil #19-1-0126(2)

CASE NAME

**MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL,
LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19
KAMAKA, LLC**

DOCUMENTS SERVED: Complaint _____

_____

_____

_____

_____

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on __THE MAUIAN HOTEL, LLC__

on ___7/9/21___ at ___11:35 AM___ at _____
     (date)              (time)               (name of party)

___5441, HONOAPIUNI Hwy, LAHAINA, HI 96761___ within the State of Hawai'i as follows:
   LOWER          (address)

❏ PERSONAL:  By delivering to and leaving with _____, personally.

❏ SUBSTITUTE:  [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

❏ SUBSTITUTE:  [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On ___THE MAUIAN HOTEL LLC___
                                             (name of business/corp/entity)

_____ by serving through ___NANE ALULI___,
                                      (name of person served)

_____, who is the ___AGENT FOR SERVICE___ and authorized agent
                                        (postition/title)
of said Business/Corporation/Governmental Entity.

❏ GARNISHMENT:  I served _____ through _____
                          (name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
    (name of person served)

❏ NOT FOUND:  After due and diligent search and inquiry, I am unable to find _____ .
                                               (name of party)

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>**SECOND** CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

## 2CC191000126 ; Civil #19-1-0126(2)

CASE NAME

## MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL, LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19 KAMAKA, LLC

Attorney (Name, I.D. No., Address, Phone)
Matthew S. Kohm, 6103
1335 Hiahia St., Wailuku, HI 96793
(808) 249-8968

| Date:<br>7/9/21 | Sheriff/Police Officer (type or print)<br>MATTHEW KOHM | Signature |
|---|---|---|

| SUBSCRIBED AND SWORN<br>TO BEFORE ME THIS DATE:<br><br>IN _____ , HAWAI'I | NOTARY PUBLIC'S SIGNATURE:<br><br>STATE OF HAWAI'I | MY COMMISSION EXPIRES: |
|---|---|---|

**ACKNOWLEDGMENT OF SERVICE**

_____
(signature of person served)                    (date)                    (time)

_____

_____

RG-AC-508 (10/19)                                    RETURN AND ACKNOWLEDGMENT OF SERVICE  1C-P-022

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>___SECOND___ CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | **Electronically Filed<br>SECOND CIRCUIT<br>2CC191000126<br>09-JUL-2021<br>03:07 PM<br>Dkt. 15 ROS** |
|---|---|---|

CASE NUMBER

**2CC191000126   ; Civil #19-1-0126(2)**

CASE NAME

**MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL,
LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19
KAMAKA, LLC**

---

DOCUMENTS SERVED: Complaint

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on  19 KAMAKA, LLC

on  7/9/2021  at  11:35 AM  at _____
(date)                              (time)                                    (name of party)

5441 LOWER HONOAPIILANI HWY, LAHAINA  within the State of Hawai'i as follows:
(address)

☐ PERSONAL: By delivering to and leaving with _____ , personally.

☐ SUBSTITUTE: [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____ , a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE: [HRCP 4(d) (1) (B)] I served above-named defendant through _____ , authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On  19 KAMAKA LLC
                                                                                              (name of business/corp/entity)
_____ by serving through  NANE ALULI  ,
                                                                        (name of person served)
_____ , who is the  MANAGER AGENT  and authorized agent
                                                        (postition/title)
of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT:  I served _____ through _____
                                                    (name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
(name of person served)

☐ NOT FOUND:  After due and diligent search and inquiry, I am unable to find _____ .
                                                                                                                            (name of party)

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__SECOND__ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

## 2CC191000126 ; Civil #19-1-0126(2)

CASE NAME

## MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL, LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19 KAMAKA, LLC

Attorney (Name, I.D. No., Address, Phone)
Matthew S. Kohm, 6103
1335 Hiahia St., Wailuku, HI 96793
(808) 249-8968

| Date:<br>7/9/2021 | Sheriff/Police Officer (type or print)<br>MATTHEW KOHM | Signature |
|---|---|---|

| SUBSCRIBED AND SWORN<br>TO BEFORE ME THIS DATE:<br><br>IN _____ , HAWAI'I | NOTARY PUBLIC'S SIGNATURE:<br><br>STATE OF HAWAI'I | MY COMMISSION EXPIRES: |
|---|---|---|

### ACKNOWLEDGMENT OF SERVICE

ReFuseD
(signature of person served)

7 9 21
(date)

11 :35
(time)

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__SECOND__ CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | **Electronically Filed<br>SECOND CIRCUIT<br>2CC191000126<br>09-JUL-2021<br>03:07 PM<br>Dkt. 16 ROS** |
|---|---|---|

CASE NUMBER

2CC191000126   ;  Civil #19-1-0126(2)

CASE NAME

**MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL, LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19 KAMAKA, LLC**

DOCUMENTS SERVED: Complaint
_____
_____
_____
_____

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on  TAGA CORPORATION dba THE MAUIAN HOTEL
                                                                                                           (name of party)
on  7/9/2021  at  11:35 AM  at _____
     (date)         (time)
   5441 LOWER HONOA- PIILANI HIGHWAY LAHAINA  within the State of Hawai'i as follows:
                    (address)

❑ PERSONAL:  By delivering to and leaving with _____, personally.

❑ SUBSTITUTE:  [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

❑ SUBSTITUTE:  [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On  TAGA CORP.
                                                                               (name of business/corp/entity)
_____ by serving through  NANE ALULI ,
                                                              (name of person served)
_____, who is ~~the~~  BAU WED TO BE  and authorized agent
                                                              (postition/title)
of said Business/Corporation/Governmental Entity,  IN  2017 .

❑ GARNISHMENT:  I served _____ through _____
                                              (name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
     (name of person served)

❑ NOT FOUND:  After due and diligent search and inquiry, I am unable to find _____ .
                                                                                                      (name of party)

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__SECOND__   CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

### 2CC191000126  ; Civil #19-1-0126(2)

CASE NAME

### MARIA B. ESTRADA, Plaintiff, vs. THE MAUIAN HOTEL, LLC; TAGA CORPORATION dba THE MAUIAN HOTEL; 19 KAMAKA, LLC

Attorney (Name, I.D. No., Address, Phone)
Matthew S. Kohm, 6103
1335 Hiahia St., Wailuku, HI 96793
(808) 249-8968

| Date:<br>7/9/2021 | Sheriff/Police Officer (type or print)<br>MATHEW Kary | Signature |
|---|---|---|

| SUBSCRIBED AND SWORN<br>TO BEFORE ME THIS DATE:<br><br>IN _____ , HAWAI'I | NOTARY PUBLIC'S SIGNATURE:<br><br>STATE OF HAWAI'I | MY COMMISSION EXPIRES: |
|---|---|---|

#### ACKNOWLEDGMENT OF SERVICE

REFUSED
(signature of person served)

7/9/2021
(date)

11:35 AM
(time)