MATTHEW S. KOHM                6103
ATTORNEY AT LAW
Email: mkohm@hawaii.rr.com
Telephone: (808) 249-8968
1335 Hiahia Street
Wailuku, Maui, HI  96793
Toll Free Fax:   (888) 641-7083

Attorney for Plaintiff
MARIA B. ESTRADA

RICHARD B. MILLER             3729-0
rmiller@tpm-hawaii.com
Telephone: (808) 792-5855
MARK A. BABILONIA             11266-0
mbabilonia@tpm-hawaii.com
Telephone:  (808) 792-5822
KATIE L. SMITH                11345-0
ksmith@tpm-hawaii.com
Telephone: (808) 792-5827
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813

Attorneys for Defendant
THE MAUIAN HOTEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIA B. ESTRADA,<br><br>            Plaintiff,<br>   vs.<br><br>THE MAUIAN HOTEL, LLC; JOHN DOES 1-5; JANE DOES 1-5; DOE | CIVIL NO. 21-00335 JAO-RT<br>(Other Non-Vehicle Tort)<br><br>JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

| | |
|---|---|
| CORPORATIONS 1-5; DOE PARTNERSHIPS 1-5; DOE ENTITIES 1-5; and DOE GOVERNEMNTAL UNITS 1-5;<br><br>            Defendants. | TRIAL DATE: vacated<br>JUDGE: Honorable Jill A. Otake |

COMES NOW Plaintiff MARIA B. ESTRADA, by and through her undersigned counsel, and Defendant THE MAUIAN HOTEL, LLC, by and through its undersigned counsel, and, being all of the parties to this action who have appeared and signed the stipulation of voluntary dismissal, jointly stipulate and agree, in consideration of the negotiated settlement entered into by and between them on November 21, 2022, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii that this action, and each and every count and claim, counterclaim, cross-claim or third-party claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

            DATED: Wailuku, Hawaii, ___11/28/2022_____.


                              \S\ Matthew S. Kohm_____
                              MATTHEW S. KOHM
                                 Attorney for Plaintiff
                                 MARIA B. ESTRADA

DATED: Honolulu, Hawaii, November 23, 2022.

    /s/ Mark A. Babilonia
RICHARD B. MILLER
MARK A. BABILONIA
KATIE L. SMITH
    Attorneys for Defendant
    THE MAUIAN HOTEL, LLC

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

---

Joint Stipulation for Voluntary Dismissal with Prejudice as to All Claims and Parties; **Maria B. Estrada v. The Mauian Hotel, LLC et al.**, Civil No. 21-00335 JAO-RT